UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

UNITED STATES OF AMERICA,

                Plaintiff,                No. 2:22-cr-25

vs.                                         Hon. Robert J. Jonker

SAMSON OGOSHI,

                Defendant.

---

**DEFENDANT'S MOTION FOR BOND**

---

NOW COMES the defendant, Samson Ogoshi, by and through his attorneys, WILLEY & CHAMBERLAIN LLP, and hereby moves pursuant to 18 U.S.C. § 3142 and other authority for release on bond pending trial.

This motion is supported by the accompanying memorandum.

Dated:  August 24, 2023

                                            Respectfully Submitted,

                                            WILLEY & CHAMBERLAIN LLP
                                            Attorney for Defendant Samson Ogoshi

                                             s/ Julia A. Kelly
                                            _____
                                            Julia A. Kelly (P77407)
                                            300 Ottawa Avenue NW, Suite 810
                                            Grand Rapids, Michigan 49503-2314
                                            (616) 458-2212
                                            jak@willeychamberlain.com