UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

UNITED STATES OF AMERICA,

           Plaintiff,           No. 2:22-cr-25

vs.           Hon. Robert J. Jonker

SAMSON OGOSHI,

           Defendant.

---

### CERTIFICATE OF COMPLIANCE WITH LOCAL CRIMINAL RULE 12.4

---

NOW COMES the undersigned counsel, pursuant to Local Criminal Rule 12.4, and hereby certifies that on August 24, 2023, she conferred with Assistant United States Attorney Daniel Mekaru regarding the filing of a motion for bond and he objects to the requested relief.

Dated:  August 24, 2023

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorney for Defendant Samson Ogoshi

 s/ Julia A. Kelly
_____
Julia A. Kelly (P77407)
300 Ottawa Avenue NW, Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
jak@willeychamberlain.com