UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 2:22−cr−00025−RJJ

    v.                                Hon. Robert J. Jonker

SAMUEL OGOSHI,
SAMSON OGOSHI,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:            April 3, 2024   10:00 AM
Judge:                 Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI


                                       ROBERT J. JONKER
                                       United States District Judge

Dated:  February 14, 2024      By:   /s/ Susan Driscoll Bourque
                                           Case Manager