UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 2:22-cr-00025-RJJ

   v.                                  Hon. Robert J. Jonker

SAMUEL OGOSHI,
SAMSON OGOSHI,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | April 10, 2024   10:00 AM *(previously set for 4/3/24)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                              ROBERT J. JONKER
                                              United States District Judge

Dated:  March 19, 2024        By:   /s/ Susan Driscoll Bourque
                                             Case Manager