UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 2:22–cr–00025–RJJ

v.                                 Hon. Robert J. Jonker

SAMSON OGOSHI,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Change of Plea Hearing
Date/Time:             April 10, 2024   10:30 AM
Judge:                   Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI


                                              ROBERT J. JONKER
                                              United States District Judge

Dated:  April 8, 2024        By:    /s/ Susan Driscoll Bourque
                                            Case Manager