# Exhibit A

FEDERAL REPUBLIC OF NIGERIA



NATIONAL EXAMINATIONS COUNCIL

SENIOR SCHOOL CERTIFICATE EXAMINATION (SSCE) RESULT

JUN/JUL 2019

Ogoshi Samson
*Candidate Name*

2002-11-05
*Date of Birth*

94459810FG
*Registration Number*

2019
*Exam Year*

SSCE_INT
*Exam Type*

0200609
*Centre Number*

MIVARA SECONDARY SCHOOL
*Center Name*

| S/N | SUBJECT | GRADE | REMARK |
|---|---|---|---|
| 1 | English Language | C5 | CREDIT |
| 2 | Mathematics | C6 | CREDIT |
| 3 | Civic Education | C6 | CREDIT |
| 4 | Biology | C5 | CREDIT |
| 5 | Government | D7 | PASS |
| 6 | Economics | C5 | CREDIT |
| 7 | Financial Accounting | D7 | PASS |
| 8 | Commerce | F9 | FAIL |
| 9 | Marketing | E8 | PASS |



© 2021 National Examinations Council (NECO)



# JOINT ADMISSIONS AND MATRICULATION BOARD

National Headquarters, Suleja-Bwari Road, Bwari, P. M. B. 189, Garki Abuja, Nigeria.

## Unified Tertiary Matriculation Examination (UTME 2022)

### Result Slip

Date Printed: Wednesday, June 15, 2022



### Candidate Details

- **NAMES:** Ogoshi Samson
- **REGISTRATION NUMBER:** 20221130302OCA
- **EXAMINATION NUMBER:** C4801209
- **STATE OF ORIGIN:** Nassarawa
- **L.G.A.:** KEANA
- **GENDER:** Male
- **DATE OF BIRTH:** November 5, 2002

### UTME SUBJECTS | SCORES

| Subject | Score |
|---|---|
| Use of English | 39 |
| Economics | 50 |
| Mathematics | 47 |
| Commerce | 40 |
| **AGGREGATE** | **176** |

### Choice of Institution/Course

**1st Choice**
Nasarawa State University, Keffi, Nasarawa State
Course: Business Administration
Faculty: Administration

**2nd Choice**
Olabisi Onabanjo University, Ago-Iwoye, Ogun State
Course: Business Administration
Faculty: Administration

**3rd Choice**
Yaba College Of Technology, Yaba, Lagos State
Course: Business Administration & Management
Faculty: Social Science

**4th Choice**
Del-York Creative Academy, Ikoyi, Lagos State
Course: Performing & Media Arts
Faculty: Social Science

**Address:** Block 10, Flat 10, Army Cantonment Ojo Lagos State

Ref No: 202240303155O136



REGISTRAR

1. This Result is subject to further screening.
2. You CANNOT use this Result for employment purposes.
3. You will be informed in due course if you are offered provisional admission into any institution.
4. This result is not transferable. It remains the property of the Board which reserves the right to withdraw it if further screening reveals that it was obtained through inappropriate behaviour.
5. You can change choice of Institution/Course ONLY ONCE

To be Printed with Colour Printer







# The West African Examinations Council
## West African Senior School Certificate for School Candidates

**WASSCE (SC) 2019**

This is to Certify that: OGOSHI SAMSON

born on: NOVEMBER 05, 2002

sex: MALE

whose photograph is embossed, having been in attendance at:
MIVARA SECONDARY SCHOOL, EDI-TOWN, OJO, LAGOS

sat the West African Senior School Certificate Examination and obtained the results shown below:

| SUBJECT | GRADE |
|---|---|
| COMMERCE | C4 |
| FINANCIAL ACCOUNTING | B3 |
| MARKETING | C6 |
| ECONOMICS | C5 |
| GOVERNMENT | A1 |
| ENGLISH LANGUAGE | D7 |
| MATHEMATICS | B3 |
| BIOLOGY | C6 |
| SUBJECTS RECORDED | EIGHT |

CD 06

Chairman of Council
Registrar to Council

Candidate No. 4251741126
Certificate No. NGWASSCS 28535749

Any alteration, erasure or absence of photograph renders this Certificate invalid.