# Exhibit B

# JOINT ADMISSIONS AND MATRICULATION BOARD

National Headquarters, Suleja-Bwari Road, Bwari, P. M. B. 189, Garki Abuja, Nigeria.

**Tel.:** 08166335513,
08123658955
**Website:** www.jamb.gov.ng
**Email:** registrar@jamb.gov.ng
support.jamb.gov.ng

## (OFFICE OF THE REGISTRAR)





*Date Printed: Monday, August 21, 2023*

Samson  Ogoshi

REGISTRATION NUMBER:

EXAMINATION NUMBER

Dear Samson,

### PROVISIONAL LETTER OF ADMISSION TO NASARAWA STATE UNIVERSITY, KEFFI, NASARAWA STATE FOR 2022/2023 SESSION

I am delighted to inform you that you have been offered provisional admission to *NASARAWA STATE UNIVERSITY, KEFFI, NASARAWA STATE* to study a *FIRST DEGREE* programme in *BUSINESS ADMINISTRATION* with the following details:

*Faculty:* ADMINISTRATION

*Degree: Bachelor of Science (B.SC.)*

*Department:* BUSINESS ADMINISTRATION

*Duration of Programme: 4 YEARS*

The confirmation of this provisional admission is subject to your possession of the minimum entry requirement for the programme to which you have been offered this admission with the following conditions:

1. At the point of registration in the institution, you will be required to present the original(s) of the certificate(s) of any other acceptable evidence of the qualifications on which this offer of admission has been based. The Board reserves the right to withdraw this admission even after registration if it is discovered that you have been involved in any form of examination/admission irregularities.

2. If it is discovered at any time that you do not possess any of the qualifications which you claim to have obtained, you will be required to withdraw from the Institution.

3. Information relating to date of registration, schedule of charges, accomodation facilities, medical examination and any other institutional conditions are to be obtained directly from the institution  to which you have been admitted.

4. In the absence of any response from you within a reasonable time, the institution to which you have been  admitted will assume that you are no longer interested in the offer and may proceed to replace you.

5. You are required to present to the institution at the time of registration a letter of reference from a person of reputable standing in the society that can vouch for your character.

6. At the point of registration, you are to submit:
   a)  JAMB Original Result Slip
   b)  JAMB duplicate online Admission Letter (Second copy)
   c)  Copies of your credentials

*Sincerely Yours,*

*Ishaq O. Oloyede, OFR, FNAL*
*Registrar*