# EXHIBIT 1

## Victim Impact Statement

John DeMay

Ogoshi Case # 2022R00147

To whom it may concern:

This heinous and unstoppable crime has tremendously affected my life forever. Jordan DeMay was a young man in the making, a larger-than-life kid with the whole world ahead of him. He was a bright, educated, well-adjusted student, a big brother to four little sisters, a son, a grandson, a wonderful friend, and a role model to so many! Jordan was a handsome young man whose smile would light up a room.

That young man, my only son, was taken from me in the early hours of March 25, 2022. On that fateful Friday morning that was poised to be the day we left for a two-week family beach vacation to Florida, I stood before my son 's bed and saw the end of Jordan 's wonderful life spilled throughout the bedroom. A scene in which no person should ever witness and a parent's worst nightmare. A picture that is embedded deep in my mind, an image that I would fall asleep to every night for over a year, an image that haunts me without warning on a daily basis, an image has changed my life, my family 's life and those close to us forever.

Over the course of the next 2 1/2 years, my life has been torn apart, emotionally and physically. The afternoon of Jordan 's death we left our family home, which we worked for years to make our own, we left, never to spend another night. The pain and the anguish of the tragedy that took place in our home and the unknown pain that could arise for our younger girls down the road was too much to bear. My in-laws graciously opened their home to us. We temporary moved in with them, into their small three-bedroom home.

Ultimately, we decided the only option was to sell our family home and relocate. While making the transition to our in-law's home, spending many days and nights getting our home ready for the market, we spent the next month or two looking for a new home to purchase. Unfortunately, the real estate market had record low inventory and record high prices. Nothing seemed to be a good fit. At that time, we decided our only option would be to build a new home. We scoured the area looking for a vacant lot, we sent extremely heartfelt letters to private landowners in search of a property to purchase. after a second attempt to a previous letter a private owner graciously agreed to sell, it was our first win. In July 2022 just over three months after Jordan 's death. We closed on our property and started to build. Because building materials and labor costs were at their all-time high, all the general contracting and much of the entire project was done by myself, my brother, and some of my amazing friends with skilled trade experience. Nearly 2 years later after spending every waking day away from my business, away from my family, I slaved on our new family home. There were no vacations with our kids. There were no trips on our boat. There was no hunting or fishing with my friends, just work! Nearly 2 years to the date our home was completed enough to move into. Unfortunately, our mortgage is nearly 4 times what it was previously due to over inflation of materials and labor and steadily rising interest rates. A financial burden I must bear for the rest of my working life.

It has been extremely stressful and time-consuming to bear the burden of running a business, building a home, having a relationship with my wife & children while, keeping an eye on our future. The emotional toll internally does not compare to the emotional toll It takes on a family. We are surrounded by wonderful friends and an extremely supportive community. Even with the best support group, I speak with a therapist, almost weekly to help focus and understand how to manage all of life changing events simultaneously. The ripple effects from one tragic incident are profound!

In addition to the intense labor, familial instability, and undo stress, the financial burden has been challenging. Following Jordan 's death my wife left her full-time nursing job at a family practice doctor never to return. I own a real estate company. We specialize in investment properties with a rental management division and a sales division. Because of the time spent dealing with Jordan 's death and building in our new life, my sales division has decreased by nearly 75%. We now pay out-of-pocket for our health insurance as we lost those benefits when my wife left her job. Our property management company was adversely affected by our lack of attention as this type of business never rests. Fortunately, we have people in our office and our social circle that made all the difference. With without their hard work and dedication we could have lost everything.

The two defendants came into my home in the middle of the night while I was sleeping and tortured and victimize Jordan relentlessly. Their thought-out, intentional, scripted enterprise forced Jordan into a situation that resulted in his death. They systematically conspired with other criminal organizations for the sole purpose of collecting money and causing bodily harm to their victims. Although the defendants claim to have been cooperative with the federal government, it does not change the heinous actions and forceful behavior that took Jordan 's life. The defendants were purposeful, they were dedicated, they were prepared, and they knowingly made Jordan believe they were going to destroy his life. Jordan 's death was not just a financial crime, it was ruthless, criminal behavior purposely orchestrated to cause death. This criminal action changed from a financial crime to a crime of murder when their organized conspiracy told Jordan to commit suicide in their own words "you better do it now or we will make you do it." Their intent changed from making a dollar to murdering Jordan. Further, researching Jordan's death after the fact knowing Jordan died and then continued to victimize others using the same exact scripted method shows their true character. They thrived on victimizing Jordan to his death. The defendant's remorse is only born following their surprise capture, extradition from their homeland and subsequent prosecution. They have no owner choice at this point. They didn't seem to care when Jordan's ready to end his life because of their actions, instead, they forcefully encouraged him to do so without remorse.

For the reasons above, the defendants do not deserve a lighter sentence. All eyes around the world from law enforcement, victims, and bad actors are watching this case. A sentence less than maximum would send the wrong message that our country is weak. Their potential death penalty charge was taken off the table during extradition negotiations, other charges were dropped to accept a plea deal. These two things have greatly reduced what would've been a just penalty. Further reducing the sentence on the last and only charge would be extremely light. Now is the time to make this unprecedented case the gold standard for what we are founded on. We have the best criminal justice system in the world, and we will not tolerate criminal behavior and will use the full strength of the United States government to hunt down, extradite, and prosecute any person who participates in these crimes to the fullest extent of the law.

The families of the defendants will see them home again someday and will talk with them regularly, we will not.